

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Esco Walter
County Attorney
Taylor County
Abilene, Texas

Dear Sir:

> Opinion No. O-1178
> Re: Fees required to secure names on official ballot in primary elections of District Judge and District Attorney in districts composed of more than one and less than four counties.

We are in receipt of your letter of January 19, 1940, making the following request of this department:

> "The 42nd Judicial District of Texas is composed of Callahan, Shackelford and Taylor Counties, and the 104th Judicial District of Texas is composed of Fisher, Jones and Taylor Counties. What is the fee required by a candidate for District Judge or District Attorney for either district to have his name placed on the official ballot for a general primary."

This question was directly involved in the case of Lane v. Sanders et al, 95 S. W. (2) 1337, and after reviewing the statutes and cases involving the question, held that such candidates are required to pay only $1.00 in each of the counties of the district in order to secure their names to be placed upon the official primary ballot.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

We have been unable to find any case in conflict with this holding, and therefore you are advised that the fee for securing the name of a candidate for the offices of District Judge or District Attorney in the 42d and 104th Judicial Districts on the official ballot in a general primary election is the sum of $1.00 in each county of the district.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Grover Sellars
Assistant

GS-MR

APPROVED JAN 30, 1940

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN